## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BINH THAI NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0056-HE |
| | ) | |
| PAMELA BONDI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

is granted to the extent it requests habeas relief under 28 U.S.C. § 2241.

**IT IS SO ORDERED**.

Dated this 16th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE