**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BINH THAI NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0056-HE |
| | ) | |
| PAMELA BONDI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Respondents are directed to respond to petitioner's motion for contempt [Doc. #26]

on or before **July 13, 2026**.

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE